IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Alexander G. Turner, ) | C/A No. 0:19-2334-BHH-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Warden Lewis; Early; Duffy; Bennett; ) | |
| Konrad; Harouff; Turner; McCarthy; Lim, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff filed this civil action in August 2019. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On November 21, 2019, the court issued a Scheduling Order setting a deadline for filing dispositive motions of February 18, 2020. (ECF No. 24.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 6, 2020** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

_____
February 27, 2020            Paige J. Gossett
Columbia, South Carolina     UNITED STATES MAGISTRATE JUDGE

Page 1 of 1