AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Alexander G. Turner | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No.   0:19-cv-02334-BHH |
| | ) | |
| Warden Lewis; Early; Duffy; Bennett; Konrad; Harouff; Turner; McCarthy; and Lim, | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Alexander G. Turner, shall take nothing of the defendants, Warden Lewis, Early, Duffy, Bennett, Konrad, Harouff, Turner, McCarthy, and Lim, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Bruce Howe Hendricks United States District Judge, presiding. The Court having adopted the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal.

Date:   July 21, 2020                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. McDonnell
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*